OPINION — AG — ** REVOCATION — LIQUOR LICENSE — JUDGE ** QUESTION: DOES 37 O.S. 163.11 [37-163.11] APPLY TO THE REVOCATION OF A NON INTOXICATING BEVERAGE PERMIT BY THE COUNTY JUDGE UPON THE GROUNDS OTHER THAN SET FORTH IN SECT. 6 — SEE OPINION (EXPIRATION PERMIT, REASONS, NON INTOXICATING) NO PERMIT SHOULD BE ISSUED WITHIN LESS THAN ONE YEAR. CITE: 37 O.S. 163.11 [37-163.11] (SAM H. LATTIMORE)